```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
YELITZA PICON,                                              :
                                        Plaintiff,          :
                                                            :       22 Civ. 3581 (LGS)
            -against-                                       :
                                                            :            ORDER
NORTHEASTERN FINE JEWELRY, INC.,                            :
                                        Defendant.          :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated June 29, 2022, required the parties to file a status letter on September 6, 2022, as outlined in Individual Rule IV.A.2;

WHEREAS, the parties failed to submit the letter. It is hereby

**ORDERED** that, by **September 9, 2022**, the parties shall file the status letter.

Dated: September 7, 2022
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**