UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
YELITZA PICON,                                              :
                                    Plaintiff,              :
                                                            :       22 Civ. 3581 (LGS)
              -against-                                     :
                                                            :       ORDER
NORTHEASTERN FINE JEWELRY,                                  :
                                    Defendant.              :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order dated June 29, 2022, required the parties to file a status letter on November 17, 2022, as outlined in Individual Rule IV.A.2;

    WHEREAS, the parties failed to submit the letter. It is hereby

    **ORDERED** that, by **November 21, 2022**, the parties shall file the status letter.

Dated: November 18, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**